# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

February 6, 2019

Via First-Class Mail, E-Mail, and ECF

Bonni J. Perlin,
   Assistant United States Attorney,
      United States Attorney's Office, Eastern District of New York,
         271 Cadman Plaza East, 7th Floor,
           Brooklyn, New York 11201.

      Re:   *United States* v. *UBS Securities LLC*, No. 18-cv-6369 (E.D.N.Y.)

Dear Bonni:

      Pursuant to the Stipulation and Order Regarding Waiver of Service and Time to Respond to the Complaint (ECF No. 22), entered in the above-captioned action on January 8, 2019, I enclose on behalf of Defendants UBS Securities LLC, UBS AG, Mortgage Asset Securitization Transactions, Inc., and UBS Real Estate Securities, Inc. (collectively, "Defendants"): (1) Notice of Defendants' Motion to Dismiss the Complaint; (2) Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Complaint and appendices thereto; (3) the Declaration of Robert J. Giuffra, Jr. in Support of Defendants' Motion to Dismiss the Complaint and exhibits thereto; and (4) the Declaration of John Connors in Support of UBS AG's Motion to Dismiss for Lack of Personal Jurisdiction.

      Sincerely,

      */s/ Robert J. Giuffra, Jr.*

      Robert J. Giuffra, Jr.

*Counsel for UBS Securities LLC, UBS AG, Mortgage Asset Securitization Transactions, Inc., and UBS Real Estate Securities, Inc.*

(Enclosures)

cc:   All counsel of record (via electronic mail)