# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

April 18, 2019

Via ECF

The Honorable Peggy Kuo,
   United States Magistrate Judge,
     United States District Court, Eastern District of New York,
      225 Cadman Plaza East,
        Brooklyn, New York 11201.

        Re:   *United States* v. *UBS Securities LLC*, No. 18-cv-6369 (E.D.N.Y.)

Dear Magistrate Judge Kuo:

        I am lead counsel for Defendants. I write to request that the Court adjourn the status conference, which was scheduled yesterday to occur on April 26, 2019. I am presently scheduled to be in Europe on April 25 and 26. Counsel for the parties have conferred and are available to appear for a scheduling conference on May 1, 6, or 7, 2019. Defendants respectfully request that the Court adjourn the scheduling conference until one of those dates. This is Defendants' first request for an adjournment, and Plaintiff has consented to the adjournment. In the event that the Court is not available on those dates, counsel for the parties will confer and provide additional dates to the Court.

        Respectfully,

        *Robert J. Giuffra Jr.*

        Robert J. Giuffra, Jr.

cc:   All counsel of record (via ECF)