

**U.S. Department of Justice**

*United States Attorneys*
*Eastern District of New York*
*Northern District of Georgia*

June 10, 2019

Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. UBS Securities LLC, et al.*, No. 18-CV-6369 (MKB/PK)

Dear Judge Kuo:

    The United States respectfully submits this application in response to Defendants UBS Securities, LLC, UBS AG, Mortgage Asset Securitization Transactions, Inc., and UBS Real Estate Securities, Inc.'s (together "UBS") unauthorized reply filed on June 7, 2019, in furtherance of its motion to compel Executive Branch discovery (ECF #53). Pursuant to Rule V(A)(1)(f) of Your Honor's Individual Practice Rules, "submissions [on discovery motions] are limited to the movant's letter and the response letter; unauthorized replies will not be considered." UBS failed to seek leave *prior* to filing its three-page reply or to confer with the United States prior to filing. Moreover, the United States notes that this is the third time that UBS has filed a substantive reply in furtherance of a discovery motion without obtaining authorization from the Court. *See* ECF Nos. 18 and 31. Consequently, the United States respectfully requests that the Court strike UBS' unauthorized reply filed on June 7. In the event that the Court approves the filing of UBS' reply, the United States respectfully asks for authorization to respond.

    The United States thanks the Court for its attention in this matter.

Respectfully submitted,

| | |
|---|---|
| RICHARD P. DONOGHUE | BYUNG J. PAK |
| United States Attorney | United States Attorney |
| Eastern District of New York | Northern District of Georgia |
| | |
| /s/ | /s/ |
| BONNI J. PERLIN | ARMEN ADZHEMYAN |
| MICHAEL J. CASTIGLIONE | AUSTIN M. HALL |
| RICHARD K. HAYES | Assistant United States Attorneys |
| Assistant United States Attorneys | Richard B. Russell Federal Building |
| 271A Cadman Plaza East | 75 Ted Turner Dr. SW, Suite 600 |
| Brooklyn, NY 11201-1820 | Atlanta, GA 30303-3309 |
| (718) 254-7000 | (404) 581-6000 |

cc: Counsel for Defendants (via ECF)