# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

June 12, 2019

Via ECF

The Honorable Peggy Kuo,
   United States Magistrate Judge,
     United States District Court, Eastern District of New York,
       225 Cadman Plaza East,
         Brooklyn, New York 11201.

       Re:   *United States* v. *UBS Securities LLC*, No. 18-cv-6369 (E.D.N.Y.)

Dear Magistrate Judge Kuo:

       I am lead counsel for Defendants. I write to request that the Court adjourn the hearing regarding Defendants' motion to compel, which was scheduled yesterday to occur on June 26, 2019. I am scheduled to appear for oral argument on the morning of June 26 before the United States Court of Appeals for the Second Circuit in *Arkansas Teacher Retirement System* v. *Goldman Sachs Group, Inc.* (No. 18-3667-cv). Counsel for the parties have conferred and are available to appear for a hearing at 1:00 PM on July 1, 2019. Plaintiff has consented to an adjournment until July 1, and Defendants respectfully request that the Court adjourn the hearing until 1:00 PM on that date. In the event that the Court is not available at that time, counsel for the parties will confer and provide additional dates to the Court.

                               Respectfully,

                               Robert J. Giuffra, Jr.

cc:   All counsel of record (via ECF)