**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>UBS SECURITIES LLC, UBS AG, MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC., and UBS REAL ESTATE SECURITIES, INC.,<br><br>      Defendants. | Case No. 18-cv-6369 |

**NOTICE OF DEFENDANTS'**
**MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, the supporting declarations, exhibits, and appendices attached thereto, and all prior proceedings herein, Defendants UBS Securities LLC, UBS AG, Mortgage Asset Securitization Transactions, Inc., and UBS Real Estate Securities, Inc., by and through their undersigned counsel, respectfully move this Court for an Order dismissing the complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).

Respectfully submitted,

/s/ Robert J. Giuffra, Jr.

Robert J. Giuffra, Jr. (*giuffrar@sullcrom.com*)
Amanda F. Davidoff (*davidoffa@sullcrom.com*)
Justin J. DeCamp (*decampj@sullcrom.com*)
Jacob M. Croke (*crokej@sullcrom.com*)
Hilary M. Williams (*williamsh@sullcrom.com*)
Harry F. Murphy (*murphyh@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for UBS Securities LLC, UBS AG, Mortgage Asset Securitization Transactions, Inc., and UBS Real Estate Securities, Inc.*

February 6, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2019, true and correct copies of the Notice of Defendants' Motion to Dismiss the Complaint, Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Complaint, and the declarations, exhibits, and appendices attached thereto, were served on the following counsel via first-class mail and electronic mail:

Bonni J. Perlin
Michael J. Castiglione
Richard K. Hayes
ASSISTANT UNITED STATES ATTORNEYS
Eastern District Of New York
271 Cadman Plaza East
Brooklyn, New York  11201
(718) 254-7000

*Counsel for the United States of America*

Armen Adzhemyan
Austin M. Hall
Assistant United States Attorneys
Northern District Of Georgia
Richard B. Russell Federal Building
75 Ted Turn Dr., SW, Suite 600
Atlanta, Georgia  30303
(404) 581-6000

*Counsel for the United States of America*

_____
Harry F. Murphy
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000