UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>   v.<br><br>UBS SECURITIES LLC, UBS AG, MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC., and UBS REAL ESTATE SECURITIES, INC.,<br><br>       Defendants. | Case No. 18-cv-6369 |

## DECLARATION OF ROBERT J. GIUFFRA, JR.

ROBERT J. GIUFFRA, JR. makes the following declaration under penalty of perjury:

   1.  I am a member of good standing of the Bar of this Court and am a partner of Sullivan & Cromwell LLP, attorneys for defendants UBS Securities LLC, UBS AG, Mortgage Asset Securitization Transactions, Inc., and UBS Real Estate Securities, Inc. (collectively "Defendants") in the above-captioned action. I respectfully submit this Declaration in support of Defendants' Motion to Dismiss the Complaint and to place certain documents before this Court.

   2.  Attached hereto are true and correct copies (excerpted where indicated) of the following:

| | |
|---|---|
| MABS 2006-NC1 Prospectus Supplement, dated February 15, 2006, which was filed with the U.S. Securities and Exchange Commission ("SEC") (excerpts) | Exhibit 1 |
| MABS 2006-HE5 Prospectus Supplement, dated December 6, 2006, which was filed with the SEC (excerpts) | Exhibit 2 |
| MARM 2007-2 Prospectus Supplement, dated February 26, 2007, which was filed with the SEC (excerpts) | Exhibit 3 |

| | |
|---|---|
| MARM 2007-2 Pooling and Servicing Agreement, dated February 1, 2007, which was filed with the SEC (excerpts) | Exhibit 4 |
| MABS 2007-HE1 Prospectus Supplement, dated May 10, 2007, which was filed with the SEC (excerpts) | Exhibit 5 |
| February 2, 2007 email referenced in paragraph 688 of the Complaint, bearing bates stamp UBS_EDNY_008853382 | Exhibit 6 |
| June 21, 2006 email referenced in paragraph 646 of the Complaint, bearing bates stamp UBS_EDNY_088860057 | Exhibit 7 |
| June 23, 2006 email referenced in paragraphs 177 and 649 of the Complaint, bearing bates stamp UBS_EDNY_078664246 | Exhibit 8 |
| MABS 2006-FRE2 Prospectus Supplement, dated May 4, 2006, which was filed with the SEC (excerpts) | Exhibit 9 |
| MABS 2006-NC3 Prospectus Supplement, December 8, 2006, which was filed with the SEC (excerpts) | Exhibit 10 |
| March 27, 2007 presentation titled "Moody's Investors Services" referenced on page 17 of Table 2b of the Complaint (excerpts) | Exhibit 11 |
| MABS 2007-WMC1 Prospectus Supplement, dated February 12, 2007, which was filed with the SEC (excerpts) | Exhibit 12 |
| CWALT 2006-OA10 Prospectus Supplement, dated June 29, 2006, which was filed with the SEC (excerpts) | Exhibit 13 |
| MARM 2007-HF1 Prospectus Supplement, dated April 27, 2007, which was filed with the SEC (excerpts) | Exhibit 14 |
| CWALT 2007-24 Prospectus Supplement, dated August 29, 2007, which was filed with the SEC (excerpts) | Exhibit 15 |
| INABS 2007-A Prospectus Supplement, dated March 12, 2007, which was filed with the SEC (excerpts) | Exhibit 16 |
| June 10, 2008 written testimony of Joseph Scoby before the U.S. Senate Committee on Banking, Housing and Urban Affairs referenced in paragraph 156 of the Complaint (excerpts) | Exhibit 17 |
| May 8, 2007 email referenced in paragraph 428 of the Complaint, bearing bates stamp UBS_EDNY_086393727 | Exhibit 18 |
| UBS AG's Third Quarter 2007 Report, dated October 30, 2007, which was filed with the SEC (excerpts) | Exhibit 19 |

| | |
|---|---|
| UBS AG presentation titled "Third Quarter Results 2007," dated October 30, 2007, which is publically available on UBS's Investor Relations Website (excerpts) | Exhibit 20 |
| UBS AG's Fourth Quarter 2007 Report, dated February 14, 2008, which was filed with the SEC (excerpts) | Exhibit 21 |
| UBS AG presentation titled "Fourth Quarter and Full Year Results 2007," dated February 14, 2008, which is publically available on UBS's Investor Relations Website (excerpts) | Exhibit 22 |
| UBS AG's First Quarter 2008 Report, dated May 6, 2008, which was filed with the SEC (excerpts) | Exhibit 23 |
| UBS AG presentation titled "First Quarter 2008 Results," dated May 6, 2008, which is publically available on UBS's Investor Relations Website (excerpts) | Exhibit 24 |
| UBS AG's Fourth Quarter 2008 Report, dated February 10, 2009, which was filed with the SEC (excerpts) | Exhibit 25 |
| February 17, 2006 email referenced in paragraph 592 of the Complaint, bearing bates stamp UBS_EDNY_009076762 | Exhibit 26 |
| June 23, 2006 email referenced in paragraph 661 of the Complaint, bearing bates stamp UBS_EDNY_050728197 | Exhibit 27 |
| October 25, 2007 email referenced in paragraph 246 of the Complaint, bearing bates stamp UBS_EDNY_063845694 | Exhibit 28 |
| MARM 2007-HF2 Prospectus Supplement, dated July 30, 2007, which was filed with the SEC (excerpts) | Exhibit 29 |
| November 2005 presentation titled "UBS Residential Mortgage Platform: Credit and Compliance Overview" referenced on page 1 of Table 2b of the Complaint (excerpts) | Exhibit 30 |
| July 2006 presentation titled "UBS Residential Mortgage Platform: Credit and Compliance Overview" referenced on page 4 of Table 2b of the Complaint (excerpts) | Exhibit 31 |
| January 2006 presentation titled "UBS MASTR Trust Series Discussion Materials – MABS" referenced on page 2 of Table 2b of the Complaint (excerpts) | Exhibit 32 |

| | |
|---|---|
| April 2006 presentation titled "UBS MASTR Trust Series Discussion Materials – MASTR" referenced on page 3 of Table 2b of the Complaint (excerpts) | Exhibit 33 |
| November 2006 presentation titled "UBS MASTR Trust Series Discussion Materials – MASTR" referenced on pages 5-6 of Table 2b of the Complaint (excerpts) | Exhibit 34 |
| September 2005 presentation titled "UBS MASTR Trust Series: Discussion Materials – MABS" referenced on pages 13-14 of Table 2b of the Complaint (excerpts) | Exhibit 35 |
| November 2005 presentation titled "UBS MASTR Trust Series: Discussion Materials – MABS 2005-NC2" referenced on pages 15-16 of Table 2b of the Complaint (excerpts) | Exhibit 36 |
| January 2007 presentation titled "UBS MASTR Series: MARM, MASTR & MAL – Prime/Alt A" referenced on pages 7-8 of Table 2b of the Complaint (excerpts) | Exhibit 37 |
| January 2007 presentation titled "UBS MASTR Series: MABS – Subprime" referenced on pages 9-10 of Table 2b of the Complaint (excerpts) | Exhibit 38 |
| February 2007 presentation titled "Operational Review" referenced on pages 11-12 of Table 2b of the Complaint (excerpts) | Exhibit 39 |
| April 16, 2007 presentation titled "Operational Review – Standard & Poor's" referenced on pages 19-20 of Table 2b of the Complaint (excerpts) | Exhibit 40 |
| UBS AG's Second Quarter 2008 Report, dated August 12, 2008, which was filed with the SEC (excerpts) | Exhibit 41 |
| UBS AG presentation titled "Second Quarter 2008 Results," dated August 12, 2008, which is publically available on UBS's Investor Relations Website (excerpts) | Exhibit 42 |
| UBS AG's Third Quarter 2008 Report, dated November 4, 2008, which was filed with the SEC (excerpts) | Exhibit 43 |
| UBS AG presentation titled "Third Quarter 2008 Results," dated November 4, 2008, which is publically available on UBS's Investor Relations Website (excerpts) | Exhibit 44 |
| UBS AG presentation titled "Fourth Quarter 2008 Results," dated February 10, 2009, which is publically available on UBS's Investor Relations Website (excerpts) | Exhibit 45 |

| | |
|---|---|
| UBS AG's 1999 Annual Report, dated July 20, 2000, which was filed with the SEC (excerpts) | Exhibit 46 |
| UBS AG's 2001 Annual Report, dated March 14, 2002, which was filed with the SEC (excerpts) | Exhibit 47 |
| UBS AG's 2002 Annual Report, dated March 19, 2003, which was filed with the SEC (excerpts) | Exhibit 48 |
| UBS AG's 2003 Annual Report, dated March 31, 2004, which was filed with the SEC (excerpts) | Exhibit 49 |
| UBS AG's 2004 Annual Report, dated March 16, 2005, which was filed with the SEC (excerpts) | Exhibit 50 |
| UBS AG's 2005 Annual Report, dated March 21, 2006, which was filed with the SEC (excerpts) | Exhibit 51 |
| UBS AG's 2006 Annual Report, dated March 21, 2007, which was filed with the SEC (excerpts) | Exhibit 52 |
| MABS 2006-NC1 Pooling and Servicing Agreement, dated February 1, 2006, which was filed with the SEC (excerpts) | Exhibit 53 |
| MABS 2006-NC2 Pooling and Servicing Agreement, dated September 1, 2006, which was filed with the SEC (excerpts) | Exhibit 54 |
| MABS 2006-NC3 Pooling and Servicing Agreement, dated December 1, 2006, which was filed with the SEC (excerpts) | Exhibit 55 |
| MABS 2006-WMC1 Pooling and Servicing Agreement, dated March 1, 2006, which was filed with the SEC (excerpts) | Exhibit 56 |
| MABS 2006-WMC2 Pooling and Servicing Agreement, dated June 1, 2006, which was filed with the SEC (excerpts) | Exhibit 57 |
| MABS 2006-WMC3 Pooling and Servicing Agreement, dated September 1, 2006, which was filed with the SEC (excerpts) | Exhibit 58 |
| MABS 2006-WMC4 Pooling and Servicing Agreement, dated November 1, 2006, which was filed with the SEC (excerpts) | Exhibit 59 |
| MABS 2007-WMC1 Pooling and Servicing Agreement, dated February 1, 2007, which was filed with the SEC (excerpts) | Exhibit 60 |
| MABS 2006-FRE1 Pooling and Servicing Agreement, dated February 1, 2006, which was filed with the SEC (excerpts) | Exhibit 61 |

| | |
|---|---|
| MABS 2006-FRE2 Pooling and Servicing Agreement, dated May 1, 2006, which was filed with the SEC (excerpts) | Exhibit 62-A |
| MABS 2006-FRE2 Assignment and Recognition Agreement (excerpts) | Exhibit 62-B |
| MABS 2006-HE1 Pooling and Servicing Agreement, dated February 1, 2006, which was filed with the SEC (excerpts) | Exhibit 63 |
| MABS 2006-HE2 Pooling and Servicing Agreement, dated June 1, 2006, which was filed with the SEC (excerpts) | Exhibit 64 |
| MABS 2006-HE4 Pooling and Servicing Agreement, dated November 1, 2006, which was filed with the SEC (excerpts) | Exhibit 65 |
| MABS 2006-HE5 Pooling and Servicing Agreement, dated December 1, 2006, which was filed with the SEC (excerpts) | Exhibit 66 |
| MABS 2007-HE1 Pooling and Servicing Agreement, dated May 1, 2007, which was filed with the SEC (excerpts) | Exhibit 67 |
| MARM 2006-OA1 Pooling and Servicing Agreement, dated March 1, 2006, which was filed with the SEC (excerpts) | Exhibit 68 |
| MARM 2006-OA2 Pooling and Servicing Agreement, dated October 1, 2006, which was filed with the SEC (excerpts) | Exhibit 69 |
| MARM 2007-1 Pooling and Servicing Agreement, dated December 1, 2006, which was filed with the SEC (excerpts) | Exhibit 70 |
| MARM 2007-3 Pooling and Servicing Agreement, dated April 1, 2007, which was filed with the SEC (excerpts) | Exhibit 71 |
| MARM 2007-HF1 Pooling and Servicing Agreement, dated April 1, 2007, which was filed with the SEC (excerpts) | Exhibit 72 |
| MARM 2007-HF2 Pooling and Servicing Agreement, dated July 1, 2007, which was filed with the SEC (excerpts) | Exhibit 73 |
| TBW 2006-6 Pooling and Servicing Agreement, dated December 1, 2006, which was filed with the SEC (excerpts) | Exhibit 74 |
| CWALT 2006-12CB Prospectus Supplement, dated March 28, 2006, which was filed with the SEC (excerpts) | Exhibit 75 |
| CWALT 2006-23CB Prospectus Supplement, dated June 27, 2006, which was filed with the SEC (excerpts) | Exhibit 76 |

| | |
|---|---|
| CWALT 2006-43CB Prospectus Supplement, dated December 28, 2006, which was filed with the SEC (excerpts) | Exhibit 77 |
| CWALT 2006-OA8 Prospectus Supplement, dated June 15, 2006, which was filed with the SEC (excerpts) | Exhibit 78 |
| CWHL 2006-OA5 Prospectus Supplement, dated February 28, 2006, which was filed with the SEC (excerpts) | Exhibit 79 |
| MABS 2006-HE1 Prospectus Supplement, dated February 22, 2006, which was filed with the SEC (excerpts) | Exhibit 80 |
| MABS 2006-HE2 Prospectus Supplement, dated June 8, 2006, which was filed with the SEC (excerpts) | Exhibit 81 |
| MABS 2006-NC2 Prospectus Supplement, dated August 21, 2006, which was filed with the SEC (excerpts) | Exhibit 82 |
| MABS 2006-WMC1 Prospectus Supplement, dated March 24, 2006, which was filed with the SEC (excerpts) | Exhibit 83 |
| MABS 2006-WMC2 Prospectus Supplement, dated June 1, 2006, which was filed with the SEC (excerpts) | Exhibit 84 |
| MABS 2006-WMC3 Prospectus Supplement, dated September 12, 2006, which was filed with the SEC (excerpts) | Exhibit 85 |
| MARM 2007-1 Prospectus Supplement, dated January 18, 2007, which was filed with the SEC (excerpts) | Exhibit 86 |
| RALI 2006-QO7 Prospectus Supplement, dated September 29, 2006, which was filed with the SEC (excerpts) | Exhibit 87 |

Executed on February 6, 2019 in New York, New York.

_____
Robert J. Giuffra, Jr.