# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

___

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

April 1, 2021

Via ECF

The Honorable Peggy Kuo,
　United States Magistrate Judge,
　　United States District Court, Eastern District of New York,
　　　225 Cadman Plaza East,
　　　　Brooklyn, New York 11201.

　　　　　Re:　　*United States* v. *UBS Securities LLC*, 18-cv-6369 (E.D.N.Y.)

Dear Magistrate Judge Kuo:

　　　　I write on behalf of Defendants UBS Securities LLC, UBS AG, Mortgage Asset Securitization Transactions, Inc., and UBS Real Estate Securities, Inc. (collectively, "Defendants"). Pursuant to the Court's order of April 1, 2021, Defendants are filing revised Requests for International Judicial Assistance (Exhibits 1-4), incorporating the language proposed by the parties in their joint letter filed March 29, 2021 (ECF No. 112).

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　Robert J. Giuffra, Jr.