

U.S. Department of Justice

*United States Attorneys*
*Eastern District of New York*
*Northern District of Georgia*

April 14, 2021

Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. UBS Securities LLC, et al.*, No. 18-CV-6369 (RPK/PK)

Dear Judge Kuo:

      Pursuant to the Court's minute order entered on March 29, 2021, whereby the Court instructed the parties to submit a joint revised proposed scheduling plan, the United States writes, with the consent of the Defendants, to submit the attached proposed scheduling order. The parties respectfully request that the Court so-order the attached scheduling order on consent.

Respectfully submitted,

| | |
|---|---|
| MARK J. LESKO | KURT R. ERSKINE |
| Acting United States Attorney | Acting United States Attorney |
| Eastern District of New York | Northern District of Georgia |
| | |
| /s/ | /s/ |
| BONNI J. PERLIN | ARMEN ADZHEMYAN |
| MICHAEL J. CASTIGLIONE | AUSTIN M. HALL |
| RICHARD K. HAYES | Assistant United States Attorneys |
| EDWARD K. NEWMAN | Richard B. Russell Federal Building |
| Assistant United States Attorneys | 75 Ted Turner Dr. SW, Suite 600 |
| 271A Cadman Plaza East | Atlanta, GA 30303-3309 |
| Brooklyn, NY 11201-1820 | (404) 581-6000 |
| (718) 254-7000 | |

cc: All counsel of record (via ECF)