UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>-*versus*-<br><br>UBS SECURITIES LLC, UBS AG, MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC., AND UBS REAL ESTATE SECURITIES, INC.,<br><br>*Defendants*. | Civil Action No.: 18-CV-6369 (RPK/PK) |

# [PROPOSED] AMENDED SCHEDULING ORDER

1) Additional Rule 34 document requests on parties must be served by May 26, 2021;

2) Parties are to file a joint status report raising any outstanding fact discovery issues or disputes by July 26, 2021;

3) Parties are to meet and confer regarding the sequence of expert reports beginning August 3, 2021;

4) Fact discovery closes August 26, 2021;

5) Affirmative expert reports by November 26, 2021;

6) Rebuttal expert reports by April 26, 2022;

7) Completion of all discovery by August 26, 2022;

8) Joint status report certifying close of all discovery by September 2, 2022;

9) Date to file request pre-motion conference request for any dispositive motion is September 9, 2022.

**SO ORDERED:**

_____
Honorable Peggy Kuo
United States Magistrate Judge
April ____, 2021