

**U.S. Department of Justice**

*United States Attorneys*
*Eastern District of New York*
*Northern District of Georgia*

September 6, 2022

Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. UBS Securities LLC, et al.*, No. 18-CV-6369 (RPK/PK)

Dear Judge Kuo:

Pursuant to Provision IV of Your Honor's Individual Practice Rules, the United States respectfully submits this letter to inform the Court of a recent discovery issue and request a modification to the current discovery schedule because of this development.

Pursuant to the scheduling order in place in this action, fact discovery closed on July 11, 2022, and initial expert reports are due on October 14, 2022. *See* ECF No. 152. After the close of fact discovery, defendants (together, "UBS") informed the United States that they had found hard drives that they had not previously been aware of that contain documents for 51 UBS document custodians, a number of whom have already been deposed. The government understands that UBS expects to produce responsive, non-privileged documents from these drives by the end of September.

To allow the United States time to obtain, review and analyze the new documents before issuing its expert reports, the United States requests a two-month extension to existing deadlines. Accordingly, the United States requests that the Court enter the proposed amended scheduling order attached as Exhibit A. UBS consents to this request.

Once the United States has received and reviewed the documents, it may seek such additional modification to the discovery schedule or other relief as may be necessary. This is the fifth request for an extension of the parties' time for completing discovery, and the first directed specifically at the expert discovery schedule. *See* ECF Nos. 121, 139, 143, and 149.

Respectfully submitted,

| | |
|---|---|
| BREON PEACE<br>United States Attorney<br>Eastern District of New York | RYAN K. BUCHANAN<br>United States Attorney<br>Northern District of Georgia |
| /s/<br>BONNI J. PERLIN<br>MICHAEL J. CASTIGLIONE<br>RICHARD K. HAYES<br>EDWARD K. NEWMAN<br>MELANIE SPEIGHT<br>271A Cadman Plaza East<br>Brooklyn, NY  11201-1820<br>(718) 254-7000 | /s/<br>AUSTIN M. HALL<br>ANDRES H. SANDOVAL<br>Assistant United States Attorneys<br>Richard B. Russell Federal Building<br>Assistant United States Attorneys<br>75 Ted Turner Dr. SW, Suite 600<br>Atlanta, GA 30303-3309<br>(404) 581-6000 |

cc:  All counsel of record (via ECF)