UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>-*versus*-<br><br>UBS SECURITIES LLC, UBS AG, MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC., AND UBS REAL ESTATE SECURITIES, INC.,<br><br>        *Defendants.* | Civil Action No.: 18-CV-6369 (RPK/PK) |

## AMENDED SCHEDULING ORDER

1) The parties will continue to meet and confer regarding the sequence of expert reports. Expert reports shall be served as follows:

    A. Affirmative expert reports are due December 14, 2022.

    B. Rebuttal expert reports are due May 15, 2023.

2) Completion of all discovery by September 11, 2023.

3) Joint status report certifying close of all discovery by September 18, 2023.

4) Any requests for a pre-motion conference regarding any motions for summary judgment are due September 25, 2023.

5) This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this Order.

**SO ORDERED:**

_____
Honorable Peggy Kuo
United States Magistrate Judge
September ___, 2022