

U.S. Department of Justice

*United States Attorneys*
*Eastern District of New York*
*Northern District of Georgia*

August 14, 2023

Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. UBS Securities LLC, et al.*, No. 18-CV-6369 (RPK/PK)

Dear Judge Kovner:

We write, with consent of the Defendants, to inform the Court that the parties to the above-referenced matter have reached an agreement to settle this case. In accordance with the terms of the settlement agreement, the parties anticipate filing a notice of voluntary dismissal in the near term. We sincerely appreciate the Court's time and attention to this matter.

Respectfully submitted,

| | |
|---|---|
| BREON PEACE | RYAN K. BUCHANAN |
| United States Attorney | United States Attorney |
| Eastern District of New York | Northern District of Georgia |
| | |
| /s/ | /s/ |
| BONNI J. PERLIN | AUSTIN M. HALL |
| MICHAEL J. CASTIGLIONE | ANDRES H. SANDOVAL |
| RICHARD K. HAYES | Assistant United States Attorneys |
| EDWARD K. NEWMAN | Richard B. Russell Federal Building |
| MELANIE SPEIGHT | Assistant United States Attorneys |
| 271A Cadman Plaza East | 75 Ted Turner Dr. SW, Suite 600 |
| Brooklyn, NY 11201-1820 | Atlanta, GA 30303-3309 |
| (718) 254-7000 | (404) 581-6000 |

cc: All counsel of record (via ECF)